# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 10-3489

———————

| | | |
|---|---|---|
| Joseph Fields, III, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Douglas L. Weber, Individually and in | * | |
| his official capacity as Warden, South | * | [UNPUBLISHED] |
| Dakota State Penitentiary; Daryl | * | |
| Slykhuis, Individually and in his | * | |
| official capacity as Deputy Warden, | * | |
| South Dakota State Penitentiary, | * | |
| | * | |
| Appellees. | * | |

———————

Submitted: August 10, 2011
Filed: August 18, 2011

———————

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

Joseph Fields appeals from the adverse grant of summary judgment entered by the District Court[1] in this 42 U.S.C. § 1983 action. Upon careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary

———————

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

judgment was proper for the reasons stated in the District Court's order. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____